# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Ming Wei,                                    :
               Petitioner          :
                       :
          v.                     :          No. 1902 C.D. 2016
                       :
State Civil Service Commission   :
(Department of Health),              :
             Respondent  :

**PER CURIAM**               **O R D E R**

NOW, October 16, 2017, upon consideration of petitioner's application for reconsideration, the application is denied.